UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DONNELL MCKENZIE,**

   **Plaintiff,**

v.                                                            Case No. 5:22-cv-303-TKW/MJF

**CAPTAIN BELLAMY,**

   **Defendant.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(i) based on Plaintiff's failure to fully disclose his litigation history. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for maliciousness and abuse of the judicial process under 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(i).

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 23rd day of January, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**